# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSIE RAY WILLIAMS**                                                                                   **PLAINTIFF**

**VS.**                                          **4:24-CV-00782-BRW**

**ASHLEY COUNTY SHERIFF DEPARTMENT**                                      **DEFENDANT**

## ORDER

On September 16, 2024, Plaintiff, who resides in Hamburg, Arkansas, filed a motion to proceed *in forma pauperis* and a complaint. Defendant is the Ashley County Sheriff's Department.

Ashley County, Arkansas is in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas, El Dorado Division.

IT IS SO ORDERED this 16th day of September, 2024.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE