IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE RAY WILLIAMS                                                                                    PLAINTIFF

v.                                              Case No. 1:24-cv-1063

ASHLEY COUNTY SHERIFF DEPARTMENT                                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 25, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's order.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge